368

(No. 6357— )

Roy T. Christiansen—S. Tinucci, Architects, Inc., Claimant, *vs.* State of Illinois, Department of General Services, Respondent.

*Opinion filed April 11, 1972.*

Roy T. Christiansen—S. Tinucci, Architects, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.